## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| KENDRIEN BOOKER | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 5:25-CV-00179-RWS-JBB |
| v. | § | |
| | § | |
| WINDHAM INDEPENDENT SCHOOL | § | |
| DISTRICT, *et al.* | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Kedrien Booker, a prisoner currently confined in the Garfield County Jail in Enid, Oklahoma proceeding *pro se*, filed the above-styled civil rights lawsuit under 42 U.S.C. § 1983 complaining of alleged deprivations of his constitutional rights during his confinement in the Texas Department of Criminal Justice - Correctional Institutions Division.  The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

On January 21, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that the lawsuit be dismissed without prejudice for failure to obey an order of the Court. Docket No. 8. Plaintiff received copies of the Magistrate Judge's Report on February 26 and March 10, 2026. Docket Nos. 12, 13. On March 23, 2026, the Magistrate Judge granted, as modified, Plaintiff's motion for extension of time to respond to the Report. Docket No. 15. The Magistrate Judge ordered Plaintiff to file any specific objections he has to the January 21, 2026 Report and Recommendation within thirty (30) days from the date of the order. *Id.* at 1 (further noting no further extensions would be granted). Plaintiff was advised that failure to file objections within the time prescribed would bar Plaintiff from *de novo* review by the district judge of those findings, conclusions, and recommendations. *Id.* at 1–2.

Plaintiff received a copy of the March 23 Order on March 30, 2026 (Docket No. 16), but

no objections have been filed to the Report and Recommendation to date. Because no objections to the Magistrate Judge's Report have been filed, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203- RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 8) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey an order of the Court.

**So ORDERED and SIGNED this 11th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE